# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ROBIN BEAUPRE,

                Plaintiff,

vs.

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC D/B/A AMERICAN MEDICAL
RETRIEVAL MASTERS,

                Defendant.

2:16-cv-02859-RFB-VCF

**ORDER**

The Court has been informed that the parties have reached a settlement agreement.  (ECF No. 16).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before October 10, 2017.

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Discovery Cut-Off and Related Deadlines (ECF No. 10) and Defendant's Motion to Substitute Discovery Responses (ECF  No. 14) are DENIED as MOOT.

DATED this 7th day of August, 2017.

                            _____

                            CAM FERENBACH
                            UNITED STATES MAGISTRATE JUDGE