David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ROBIN BEAUPRE*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBIN BEAUPRE, | Case No. 2:16-cv-02859-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION** |
| RETRIEVAL-MASTERS CREDITORS BUREAU, INC D/B/A AMERICAN MEDICAL RETRIEVAL MASTERS, | |
| Defendants. | |

    Plaintiff ROBIN BEAUPRE and Defendant RETRIEVAL-MASTERS CREDITORS BUREAU, INC D/B/A AMERICAN MEDICAL RETRIEVAL

…

…

…

…

…

…

…

MASTERS hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: September 5, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Matthew R. Carlyon, Esq.
Matthew R. Carlyon, Esq.
Clark Hill PLLC
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
*Attorney for Defendant RETRIEVAL-MASTERS CREDITORS BUREAU, INC D/B/A AMERICAN MEDICAL RETRIEVAL MASTERS*

## **ORDER**

IT IS SO ORDERED

_____.
RICHARD F. BOULWARE, II
United States District Judge

DATED: __September 6, 2017._____